UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THOMAS J. GREEN,

       Plaintiff,                        Case No. 2:06-CV-218

v.                                         Hon. Gordon J. Quist

GERALD HOFBAUER, et al.,

       Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on February 4, 2009. The Report and Recommendation was served on the parties the same date. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 4, 2009, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

This case is **concluded**.

Dated: March 10, 2009                             /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE